# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| ELIZABETH BOYENS,<br><br>  Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE FIRST AMERICA CORPORATION GROUP LIFE, MEDICAL, DENTAL, DISABILITY BENEFITS TRUST,<br><br>  Defendants. | Case No. C12-05242 EMC<br><br>(~~PROPOSED~~) ORDER RE STIPULATION TO BRIEFLY CONTINUE FEBRUARY 14, 2013 CASE MANAGEMENT CONFERENCE, OR ALTERNATIVELY, FOR TELEPHONIC APPEARANCE<br><br>(modified) |

Having reviewed the Stipulation to Continue the Case Management Conference set for February 14, 2013, and good cause appearing, the Court hereby continues the Case Management Conference to __March 7, 2013__ at __9:00__ a.m. The Joint Case Management Statement must be e-filed one week in advance of the Conference. ~~Counsel may appear by telephone and should contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to arrange for the telephonic appearance.~~ Counsel to appear in person.

[~~Alternatively,~~ the Court grants the request by Defendants' counsel to appear telephonically at the Case Management Conference set for ~~February 14, 2013~~, at

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4840-8576-5138 v1

2329784_1

- 1 -

C12-05242 EMC
(PROPOSED) ORDER STIP. TO CONT. CMC OR FOR TELEPHONIC APPEARANCE

1  ~~9:00 a.m. Counsel~~ is directed to contact Court Call Phone Conferencing at (866)
2  582-6878 in advance of the hearing to arrange for the telephonic ~~appearance~~.]
3
4  Dated:  1/30/13                        _____
5                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-8576-5138 v1

2329784_1

- 2 -

C12-05242 EMC
(PROPOSED) ORDER RE STIP. TO CONT.
CMC OR FOR TELEPHONIC APPEARANCE