UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| ELIZABETH BOYENS,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE FIRST AMERICA CORPORATION GROUP LIFE, MEDICAL, DENTAL, DISABILITY BENEFITS TRUST,<br><br>    Defendants. | Case No. C12-05242 EMC<br><br>(~~PROPOSED~~) ORDER RE STIPULATION TO BRIEFLY CONTINUE FEBRUARY 14, 2013 CASE MANAGEMENT CONFERENCE, OR ALTERNATIVELY, FOR TELEPHONIC APPEARANCE<br><br>(modified) |

Having reviewed the Stipulation to Continue the Case Management Conference set for February 14, 2013, and good cause appearing, the Court hereby continues the Case Management Conference to March 7, 2013 at 9:00 a.m. The Joint Case Management Statement must be e-filed one week in advance of the Conference. ~~Counsel may appear by telephone and should contact Court Call Phone Conferencing at (866) 582-6878 in advance of the hearing to arrange for the telephonic appearance.~~ Counsel to appear in person.

[~~Alternatively,~~ the Court grants the request by Defendants' counsel to appear telephonically at the Case Management Conference set for ~~February 14, 2013~~, at

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4840-8576-5138 v1

2329784_1

- 1 -

C12-05242 EMC
(PROPOSED) ORDER STIP. TO CONT. CMC OR FOR TELEPHONIC APPEARANCE

1  ~~9:00 a.m.  Counsel~~ is directed to contact Court Call Phone Conferencing at (866)

2  582-6878 in advance of the hearing to arrange for the telephonic ~~appearance~~.]

4  Dated: __1/30/13_____   _____

5  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-8576-5138 v1

2329784_1

- 2 -

C12-05242 EMC
(PROPOSED) ORDER RE STIP. TO CONT.
CMC OR FOR TELEPHONIC APPEARANCE