UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| ELIZABETH BOYENS,<br><br>      Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE FIRST AMERICA CORPORATION GROUP LIFE, MEDICAL, DENTAL, DISABILITY BENEFITS TRUST,<br><br>      Defendants. | Case No.  C12-05242 EMC<br><br>**(PROPOSED) ORDER RE STIPULATION TO BRIEFLY CONTINUE 3/7/13 CMC UNTIL AFTER 4/8/13 MEDIATION DUE TO COUNSEL'S MEDICAL UNAVAILABILITY, OR ALTERNATIVELY, FOR APPEARANCE BY OTHER DEFENSE COUNSEL AT CMC**<br><br>**CURRENT CMC**<br>**DATE:  March 7, 2013**<br>**TIME:  9:00 a.m.**<br><br>**PROPOSED DATE:  April 18, 2013** |

Having reviewed the Stipulation to Continue the Case Management Conference set for March 7, 2013, and good cause appearing, the Court hereby continues the Case Management Conference to _____4/25/13_____ at ___9:00___ a.m.

Dated: ___3/4/13___  _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LA #4847-1205-8899 v1

2329784_1

C12-05242 EMC
[PROPOSED] ORDER RE STIP. TO CONT. CMC OR ALTERNATIVELY, FOR APPEARANCE BY OTHER DEFENSE COUNSEL