UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| ELIZABETH BOYENS, | Case No.  C12-05242 EMC |
| Plaintiff, | **(PROPOSED) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE FIRST AMERICA CORPORATION GROUP LIFE, MEDICAL, DENTAL, DISABILITY BENEFITS TRUST, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fee and costs.

DATED: _____ 4/23/13   _____

UNITED                                    JUDGE

IT IS SO ORDERED

Judge Edward M. Chen