UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCSICO DIVISION

| | |
|---|---|
| ELIZABETH BOYENS,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY AND THE FIRST AMERICA CORPORATION GROUP LIFE, MEDICAL, DENTAL, DISABILITY BENEFITS TRUST,<br><br>    Defendants. | Case No.  C12-05242 EMC<br><br>**(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fee and costs.

DATED: ____4/23/13____          _____
                                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

LA #4847-9781-7363 v1                                                                    C12-05242 EMC
                                                             (PROPOSED) ORDER RE STIP. FOR DISMISSAL
2329784_1                                                           OF ENTIRE ACTION W/PREJUDICE